155 So.2d 322

**Ex parte Johnny Virgil NATIONS.**

**7 Div. 615.**

Supreme Court of Alabama.

July 3, 1963.

Johnny Virgil Nations, pro se.

Richmond M. Flowers, Atty. Gen., and Winston Huddleston, Sp. Asst. Atty. Gen., for the State.

LIVINGSTON, Chief Justice.

Petition of Johnny Virgil Nations for certiorari to the Court of Appeals in Ex parte Nations, 155 So.2d 320.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.

158 So.2d 128

**Ex parte Johnny Virgil NATIONS.**

**7 Div. 628.**

Supreme Court of Alabama.

Nov. 21, 1963.

Johnny Virgil Nations, pro se.

Richmond M. Flowers, Atty. Gen., and Winston Huddleston, Sp. Asst. Atty. Gen., for respondent.

COLEMAN, Justice.

Petition dismissed.

LIVINGSTON, C. J., and GOODWYN and HARWOOD, JJ., concur.

155 So.2d 605

**Gaylord B. NOYCE**

**v.**

**STATE.**

**3 Div. 47.**

Supreme Court of Alabama.

July 25, 1963.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for petitioner.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Gaylord B. Noyce for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Noyce v. State, 155 So.2d 605.

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

151 So.2d 739

**James S. PHIFER**

**v.**

**STATE.**

**6 Div. 967.**

Supreme Court of Alabama.

April 4, 1963.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for petitioner.